**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: NOMINATION PETITION OF    :   No. 196 EAL 2019
WILLIE SINGLETARY AS CANDIDATE    :
FOR THE DEMOCRATIC PARTY'S    :
NOMINATION FOR THE OFFICE OF    :   Petition for Allowance of Appeal from
CITY COUNCIL    :   the Order of the Commonwealth Court
   :
   :
PETITION OF: WILLIE SINGLETARY    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of May, 2019, the Petition for Allowance of Appeal is

**DENIED** and the ancillary "Application for Relief" is **DENIED** as moot.